## STATEMENT OF FACTS

On Tuesday, September 03, 2019, at approximately 2:40 p.m., an individual later identified as WHYTNEE FORIEST, also known as "WHYTNEE SILVA" (hereinafter FORIEST, or "defendant") attempted to enter the White House Grounds in front of 1600 block of Pennsylvania Avenue, N.W., Washington, DC.

While on bicycle patrol in full Secret Service Police Uniform, Officer Marko Bowen observed FORIEST run barefoot across Pennsylvania Avenue, and approach the White House barricade. Officer Bowen followed FORIEST to the bicycle racks used as portable security barriers of the White House. The security barrier is interlocked, and has visible signage stating "Restricted Area DO NOT ENTER." Officer Bowen observed FORIEST kick one leg over the barrier, and then fall backwards. Officer Bowen detained FORIEST and removed her from the restricted area, which she did not have permission or authority to be in.

FORIEST was advised of her Miranda Rights by Special Agent FNU Rose, and agreed to answer questions at approximately 1500 hours. SA Rose then asked FORIEST what her purpose was for coming to the White House and why was she attempting to climb the White House Fence. FORIEST informed SA Rose that she was not trying to climb the White House fence at all, but instead she was trying to demonstrate her round house kick because she was training for the National Guard. SA Rose further asked FORIEST if she has been diagnosed with any type of mental illness; she responded "I have all of them" and referenced Bi-Polar and Schizophrenia.

Thereafter, after the conclusion of SA Rose's interview, Officer Bowen asked FORIEST why she came to the White House and attempted to jump the fence. FORIEST responded that she had come to the White House to see "Trump," the President of the United States.

FORIEST also reported that she had travelled to the area in a vehicle, which she had parked at Vermont and H Streets. USSS Officers located a Kia Sportage, registered to FORIEST, parked in the crosswalk in the 800 block of Vermont Street, NW.

FORIEST was arrested for Unlawful Entry and transported to MPD 2nd District for processing. Upon arriving at the 2nd District, FORIEST stated she needed medication and was transported to Sibley Hospital.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated Title 18, United States Code, Section 1752(a)(1) and Title 22, D.C. Code, Section 3302(b)) 18 U.S.C. § 115(b)(1)(B)(i).

_____
Marko Bowen
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of September 2019.

_____
The Honorable Robin Meriweather
United States Magistrate Judge